United States District Court
Northern District of California

1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                Case No.  13-cr-00227-SI-1
                Plaintiff,
11
                                             **ORDER RE: DEFENDANT'S MOTION
12         v.                                UNDER 28 U.S.C. § 2255**

13   MICHAEL CHRISTOPHER SLYTER,             Re: Dkt. Nos. 53, 56
                Defendant.
14

15

16         On February 5, 2015, defendant filed a *pro se* motion to vacate pursuant to 28 U.S.C. §

17   2255. Dkt. 53.  On April 8, 2015, the Court issued an order directing the United States to notify

18   the Court within 21 days whether defendant's motion would be opposed or to submit an agreed

19   upon a briefing schedule. Dkt. 55.  **The United States has not filed a response to the Court's**

20   **April 8, 2015 order.**

21

22         In order that this matter not be resolved by default**, IT IS HEREBY ORDERED THAT**:

23         (1) The Clerk shall mail a copy of this order to all parties.

24         (2) Within twenty-one (21) days of the date of this order, the United States shall notify the

25   court whether the motion will be opposed.

26         (3) If the United States wishes to oppose the motion, it shall, within twenty-one (21) days

27   of the date of this order, submit an agreed upon briefing schedule, or, if it is unable to obtain an

28   agreed upon briefing schedule, it shall file an opposition brief with the court and serve it upon

defendant within ninety (90) days from the date of this order.

(4) The defendant shall file a reply twenty-one (21) days after receiving the government's opposition.

**IT IS SO ORDERED.**

Dated: May 21, 2015

_____
SUSAN ILLSTON
United States District Judge